UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DELLA Y. BROOKS, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-00817-JST<br><br>**ORDER APPOINTING COUNSEL** |

　　　　Interpleader Defendant and minor child T.J.L. having requested and being in need of counsel to assist her in this matter, and a volunteer attorney being willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Ciarán O'Sullivan, of the Law Office of Ciarán O'Sullivan, One Post Street, Ste. 800, San Francisco, California is hereby appointed as counsel for T.J.L. in this matter.

　　　　The scope of this referral shall be for:

　　　X　　all purposes for the duration of the case

　　　___　the limited purpose of representing the litigant in the course of:

　　　　　　___　mediation

　　　　　　___　early neutral evaluation

　　　　　　___　settlement conference

　　　　　　___　briefing ___ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

　　　　　　___　discovery as follows:

　　　　　　___　other:

　　　　The Initial Case Management Conference currently scheduled for July 3, 2013, is continued to August 28, 2013, at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California.  All proceedings in this action are hereby stayed until four weeks from the date of this order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

　　　**IT IS SO ORDERED**.

Dated: June 3, 2013

_____
JON S. TIGAR
United States District Judge