1  Ciarán O'Sullivan – SBN 198970
   The Law Office of Ciarán O'Sullivan
2  1 Post Street, Suite 800
   San Francisco, CA 94101
3  Telephone: (415) 391-3711
   Facsimile:  (415) 247-7901
4  ciaran@cosullivanlaw.com

5  Attorney for T.J.L.

6

7              **UNITED STATES DISTRICT COURT**

8            **NORTHERN DISTRICT OF CALIFORNIA**

9

10  THE PRUDENTIAL LIFE INSURANCE          Case No.: 13-cv-0817-  JST
    COMPANY OF AMERICA
11                                          **PETITION AND ORDER FOR**
                                            **APPOINTMENT OF GUARDIAN AD**
12             Plaintiff,                    **LITEM**

13  vs.

14  DELLA Y. BROOKS, T.J.L, a minor,
    and TINA LANCASTER
15

16             Defendants.

17
        Petitioner alleges as follows:
18
        1.      On June 3, 2013, this Court appointed Ciarán O'Sullivan, Esq., at the
19
    request of the Federal Pro Bono Project, to represent the minor child T.J.L., a
20
    Defendant in this matter.
21
        2.      At a case management conference held in this matter on August 28, 2013,
22
    at 2:00 p.m., Mr. O'Sullivan and the Court discussed the question of T.J.L.'s legal
23
    capacity to retain him as her counsel, and whether a guardian ad litem should be
24
    appointed to represent T.J.L's interests and to retain Mr. O'Sullivan.  The Court
25
    indicated its willingness to entertain a petition for such an appointment subject to Mr.
26
    O'Sullivan locating a person willing to serve in that capacity.
27
        3.      Typically, but not always, a minor's parent serves as the minor's guardian
28
                                    - 1 -
          **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD**
                                    **LITEM**

1   ad litem.  (*See Gonzalez v. Reno* [11th Cir. 2000] 212 F.3d 1338, 1351-1353.)  Here,

2   the minor's only surviving parent is a Defendant with a potentially competing claim, and

3   who therefore cannot serve as her guardian ad litem.

4       4.      Mr. Michael Low, Esq., of Orinda, California, is now generally familiar with

5   issues raised by this case and is willing and able to serve as guardian ad litem in this

6   case for T.J.L., on a *pro bono* basis, should this Court appoint him.  Mr. Low's consent

7   to serve is attached hereto.

8       5.      The minor, T.J.L. agrees to this appointment.

9       6.      Pursuant to Federal Rule of Court 17(c) this Court may appoint a guardian

10  ad litem for T.J.L. *sua sponte*.  (*See*, F.R.C.P. 17(c);  *see, also* Schwarzer et al.

11  *California Practice Guide, Federal Civil Procedure Before Trial* [TRG 2013], ¶ 7:39 at 7-

12  19.)  Petitioner requests that the Court do so.

13      7.      Petitioner alleges that no hearing on this matter is necessary, since all

14  other counsel in this case have signed waivers of notice and a hearing on this petition,

15  which are attached.   Petitioner alleges that, because it took more time than anticipated

16  to locate a guardian ad litem willing to serve, a prompt appointment is necessary to

17  allow the guardian to prepare for the Settlement Conference to be held on October 16,

18  2013 before Magistrate Judge Maria-Elena James.

19      WHEREFORE, Petitioner moves the Court for an Order appointing Michael Low,

20  Esq. as guardian ad litem of Defendant T.J.L. for the purpose of the instant litigation and,

21  if necessary, a further Order amending this Court's ordered dated June 3, 2013

22  ///

23  ///

24  ///

25

26

27

28

- 2 -
**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD
LITEM**

appointing Ciarán O'Sullivan as attorney for T.J.L. and instead appointing Ciarán

O'Sullivan as attorney for the guardian ad litem.

DATED: September 19, 2013      THE LAW OFFICE OF CIARÁN
                                O'SULLIVAN

                               By: _____
                                   Ciarán O'Sullivan, Attorney For
                                   Petitioner T.J.L.

### WAIVERS OF NOTICE AND HEARING

The undersigned parties and attorneys of record for parties in this action by our

signatures hereto waive notice and a hearing on this Petition for an Order Appointing a

Guardian Ad Litem.

DATED: September 18, 2013      BROWN LAW GROUP

                               By: _____
                                   Tara M. Jacobson, Esq. (265622)
                                   Attorneys for The Prudential
                                   Insurance Company of America

DATED: September   , 2013      THE LAW OFFICES OF JOHN L.
                                FITZGERALD

                               By: _____
                                   John L. Fitzgerald, Esq. (126613)
                                   Attorney For Defendant Della Y.
                                   Brooks.

- 3 -
**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD
LITEM**

1  appointing Ciarán O'Sullivan as attorney for T.J.L. and instead appointing Ciarán

2  O'Sullivan as attorney for the guardian ad litem.

3

4  DATED: September    , 2013          THE LAW OFFICE OF CIARÁN
                                        O'SULLIVAN
5

6

7                                       By:_____
                                           Ciarán O'Sullivan, Attorney For
8                                          Petitioner T.J.L.

9

10                     WAIVERS OF NOTICE AND HEARING

11         The undersigned parties and attorneys of record for parties in this action by our

12  signatures hereto waive notice and a hearing on this Petition for an Order Appointing a

13  Guardian Ad Litem.

14

15  DATED: September    , 2013          BROWN LAW GROUP

16

17                                       By:_____
                                           Tara M. Jacobson, Esq. (265622)
18                                         *Attorneys for The Prudential*
                                           *Insurance Company of America*
19

20

21  DATED: September /9, 2013           THE LAW OFFICES OF JOHN L.
                                        FITZGERALD
22

23

24                                       By:_____
                                           John L. Fitzgerald, Esq. (126613)
25                                         Attorney For Defendant Della Y.
                                           Brooks.
26

27

28                                    - 3 -
         PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD
                                   LITEM

1  DATED: September 17, 2013

2

3                                          By: _____

4                                          Tina Lancaster, Defendant in pro per

5

6                          **CONSENT OF NOMINEE**

7        I, Michael Low, the nominee of the Petitioner, consent to act as guardian ad litem

8  for the minor T.J.L. in the above-referenced action.

9

10  Dated: September __, 2013

11

12

13                                          _____

14                                          Michael Low, Esq.

                                  **ORDER**
15

16       The petition for an Order appointing Michael Low, Esq. as guardian ad litem for

17  petitioner is GRANTED.

18       IT IS SO ORDERED

19

20  Dated: _____

21

22

23                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28
                                      - 4 -
       **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD
                             LITEM**

1    DATED: September    , 2013

2

3                            By:_____

4                                    Tina Lancaster, Defendant in pro per

5

6                     **CONSENT OF NOMINEE**

7

8      I, Michael Low, the nominee of the Petitioner, consent to act as guardian ad litem for the minor T.J.L. in the above-referenced action.

9

10    Dated: September 19, 2013

11

12

13                     Michael Low, Esq.

14

15                         **ORDER**

16      The petition for an Order appointing Michael Low, Esq. as guardian ad litem for

17 petitioner IS GRANTED.

18      IT IS SO ORDERED

19

20    Dated:    September 23, 2013

21

22

23                         Judge Jon S. Tigar

24

25

26

27

28

-4-

**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**