Ciarán O'Sullivan – SBN 198970
The Law Office of Ciarán O'Sullivan
1 Post Street, Suite 800
San Francisco, CA 94101
Telephone: (415) 391-3711
Facsimile:   (415) 247-7901
ciaran@cosullivanlaw.com

Attorney for T.J.L.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DELLA Y. BROOKS, T.J.L, a minor, and TINA LANCASTER<br><br>Defendants. | Case No.: 13-cv-0817- JST<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner alleges as follows:

1. On June 3, 2013, this Court appointed Ciarán O'Sullivan, Esq., at the request of the Federal Pro Bono Project, to represent the minor child T.J.L., a Defendant in this matter.

2. At a case management conference held in this matter on August 28, 2013, at 2:00 p.m., Mr. O'Sullivan and the Court discussed the question of T.J.L.'s legal capacity to retain him as her counsel, and whether a guardian ad litem should be appointed to represent T.J.L's interests and to retain Mr. O'Sullivan. The Court indicated its willingness to entertain a petition for such an appointment subject to Mr. O'Sullivan locating a person willing to serve in that capacity.

3. Typically, but not always, a minor's parent serves as the minor's guardian

- 1 -
**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**

ad litem. (See Gonzalez v. Reno [11th Cir. 2000] 212 F.3d 1338, 1351-1353.) Here, the minor's only surviving parent is a Defendant with a potentially competing claim, and who therefore cannot serve as her guardian ad litem.

4. Mr. Michael Low, Esq., of Orinda, California, is now generally familiar with issues raised by this case and is willing and able to serve as guardian ad litem in this case for T.J.L., on a *pro bono* basis, should this Court appoint him. Mr. Low's consent to serve is attached hereto.

5. The minor, T.J.L. agrees to this appointment.

6. Pursuant to Federal Rule of Court 17(c) this Court may appoint a guardian ad litem for T.J.L. *sua sponte*. (See, F.R.C.P. 17(c); *see, also* Schwarzer et al. *California Practice Guide, Federal Civil Procedure Before Trial* [TRG 2013], ¶ 7:39 at 7-19.) Petitioner requests that the Court do so.

7. Petitioner alleges that no hearing on this matter is necessary, since all other counsel in this case have signed waivers of notice and a hearing on this petition, which are attached. Petitioner alleges that, because it took more time than anticipated to locate a guardian ad litem willing to serve, a prompt appointment is necessary to allow the guardian to prepare for the Settlement Conference to be held on October 16, 2013 before Magistrate Judge Maria-Elena James.

WHEREFORE, Petitioner moves the Court for an Order appointing Michael Low, Esq. as guardian ad litem of Defendant T.J.L. for the purpose of the instant litigation and, if necessary, a further Order amending this Court's ordered dated June 3, 2013

///
///
///

appointing Ciarán O'Sullivan as attorney for T.J.L. and instead appointing Ciarán O'Sullivan as attorney for the guardian ad litem.

DATED: September 19, 2013

THE LAW OFFICE OF CIARÁN O'SULLIVAN

By: _____
Ciarán O'Sullivan, Attorney For Petitioner T.J.L.

## WAIVERS OF NOTICE AND HEARING

The undersigned parties and attorneys of record for parties in this action by our signatures hereto waive notice and a hearing on this Petition for an Order Appointing a Guardian Ad Litem.

DATED: September 18, 2013

BROWN LAW GROUP

By: _____
Tara M. Jacobson, Esq. (265622)
Attorneys for The Prudential Insurance Company of America

DATED: September __, 2013

THE LAW OFFICES OF JOHN L. FITZGERALD

By: _____
John L. Fitzgerald, Esq. (126613)
Attorney For Defendant Della Y. Brooks.

appointing Ciarán O'Sullivan as attorney for T.J.L. and instead appointing Ciarán O'Sullivan as attorney for the guardian ad litem.

DATED: September , 2013

THE LAW OFFICE OF CIARÁN O'SULLIVAN

By:_____
Ciarán O'Sullivan, Attorney For Petitioner T.J.L.

## WAIVERS OF NOTICE AND HEARING

The undersigned parties and attorneys of record for parties in this action by our signatures hereto waive notice and a hearing on this Petition for an Order Appointing a Guardian Ad Litem.

DATED: September , 2013

BROWN LAW GROUP

By:_____
Tara M. Jacobson, Esq. (265622)
*Attorneys for The Prudential Insurance Company of America*

DATED: September 19, 2013

THE LAW OFFICES OF JOHN L. FITZGERALD

By:_____
John L. Fitzgerald, Esq. (126613)
Attorney For Defendant Della Y. Brooks.

DATED: September 19, 2013

By: _____
Tina Lancaster, Defendant in pro per

**CONSENT OF NOMINEE**

I, Michael Low, the nominee of the Petitioner, consent to act as guardian ad litem for the minor T.J.L. in the above-referenced action.

Dated: September __, 2013

_____
Michael Low, Esq.

**ORDER**

The petition for an Order appointing Michael Low, Esq. as guardian ad litem for petitioner is GRANTED.

IT IS SO ORDERED

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

-4-
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

DATED: September    , 2013

By:_____
      Tina Lancaster, Defendant in pro per

**CONSENT OF NOMINEE**

I, Michael Low, the nominee of the Petitioner, consent to act as guardian ad litem for the minor T.J.L. in the above-referenced action.

Dated: September 19, 2013

_____
Michael Low, Esq.

**ORDER**

The petition for an Order appointing Michael Low, Esq. as guardian ad litem for petitioner is GRANTED.

IT IS SO ORDERED

Dated: September 23, 2013

IT IS SO ORDERED
Judge Jon S. Tigar
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)