Stacy L. Fode, Esq. (SBN 199883)
fode@brownlawgroup.com
Tara M. Jacobson, Esq. (SBN 265622)
Jacobson@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
(619) 330-1700 Telephone
(619) 330-1701 Facsimile
*Attorneys for* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DELLA Y. BROOKS, T.J.L., a minor and TINA LANCASTER<br><br>　　　　Defendants. | Case No.: 13-cv-0817-JST(MEJ)<br><br>**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S REQUEST TO APPEAR TELEPHONICALLY AT THE OCTOBER 16, 2013 SETTLEMENT CONFERENCE**<br><br>Hearing: October 16, 2013<br>Time: 10:00 AM<br>Location: Judge's Chambers, 15th Flr, Phillip Burton Federal Building |

　　　　Tara M. Jacobson, Esq., counsel for The Prudential Insurance Company of America ("Prudential") hereby requests permission to appear telephonically at the Settlement Conference scheduled on October 16, 2013 at 10:00 a.m. Good cause exists for this request particularly in light of the fact that all parties have given oral consent to stipulate to an interpleader and dismissal of Prudential. Additionally, the minor is now represented by Ciarán O'Sullivan, Esq., appointed by the Court on June 3, 2013.

Second, counsel for Prudential lives and works in San Diego, California and counsel would be required to travel a great distance to attend the Settlement Conference.

For these reasons, Prudential respectfully requests that its counsel be permitted to appear telephonically as needed.

Respectfully Submitted,

Dated:   October 7, 2013

_____
Tara M. Jacobson, Esq. (265622)
600 B Street, Suite 1650
San Diego, CA 92101
Telephone:  (619) 330-1700
Facsimile:   (619) 330-1701
*Attorney for The Prudential Insurance Company of America*

Stacy L. Fode, Esq. (SBN 199883)
fode@brownlawgroup.com
Tara M. Jacobson, Esq. (SBN 265622)
jacobson@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile:  (619) 330-1701
Attorneys for THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>DELLA Y. BROOKS, T.J.L., a minor and TINA LANCASTER<br><br>         Defendants. | Case No.: 13-cv-0817-JST (MEJ)<br><br>[PROPOSED] ORDER GRANTING THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S REQUEST TO APPEAR TELEPHONICALLY AT THE OCTOBER 16, 2013 SETTLEMENT CONFERNCE<br><br>Hearing: October 16, 2013<br>Time: 10:00 AM<br>Location: Judge's Chambers, 15th Flr, Phillip Burton Federal Building |

**GOOD CAUSE HAVING BEEN SHOWN,** Plaintiff The Prudential Insurance Company of America's Request to Appear Telephonically at the Settlement Conference scheduled for Wednesday, October 16, 2013 at 10:00 a.m. in this action is hereby granted. Counsel for Plaintiff will be readily available for the hearing and can be reached at (619) 330-1730.

**IT IS SO ORDERED.**

Dated: __October 8__, 2013            _____
                                     HON. MARIA-ELENA JAMES
                                     UNITED STATES DISTRICT COURT JUDGE

---

| | |
|---|---|
| 1 | Stacy L. Fode, Esq. (SBN 199883) |
| | fode@brownlawgroup.com |
| 2 | Tara M. Jacobson, Esq. (SBN 265622) |
| | Jacobson@brownlawgroup.com |
| 3 | BROWN LAW GROUP |
| | 600 B Street, Suite 1650 |
| 4 | San Diego, CA 92101 |
| | (619) 330-1700 Telephone |
| 5 | (619) 330-1701 Facsimile |

6  *Attorneys for Plaintiff,* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | THE PRUDENTIAL INSURANCE ) | Case No.: 3:13-CV-00817-JST |
| | COMPANY OF AMERICA, ) | |
| 12 | ) | |
| | Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| 13 | ) | |
| | v. ) | |
| 14 | ) | |
| | DELLA Y. BROOKS, T.J.L., a minor) | |
| 15 | and TINA LANCASTER ) | |
| 16 | ) | |
| | Defendants. ) | |
| 17 | _____) | |

18    I, Zola F. Carpizo, declare as follows:

19    I am an employee of a member of the bar of this Court at whose direction was

20 made in the County of San Diego, State of California.  I am over the age of 18 and

21 not a party to the within action; my business address is 600 B Street, Suite 1650, San

22 Diego, California 92101.

23    On October 7, 2013, I served the following document(s) described as:

24    1.    **REQUEST TO APPEAR TELEPHONICALLY AT**

25          **10/16/2013 SETTLEMENT CONFERENCE**

26    2.    **[PROPOSED] ORDER**

27    3.    **CERTIFICATE OF SERVICE**

28 on interested parties in this action by placing ☐ the original ☒ true copy(ies)

thereof as follows:

| | |
|---|---|
| John L. Fitzgerald, Esq.<br>Three Embarcadero Center, 8th Floor<br>San Francisco, CA  94104<br>415-394-9500<br>john@jlfitzgeraldlaw.com | Tina Lancaster<br>1149 Willow Avenue<br>Pinole, CA 94564-1730<br><br>*Pro Se Defendant/Cross-Defendant* |

*Counsel for Defendant/Cross-Claimant*
*Della Y. Brooks*

Ciaran A. O'Sullivan, Esq.
The Law Office of Ciaran O'Sullivan
One Post Street, Suite 800
San Francisco, CA  94104
415-391-3711
415-513-0449 Fax

*Counsel for Defendant/Cross-Defendant*
*T.J.L.*

☒   **EMAIL / ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

☒   **MAIL** by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California addressed as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

☒   (FEDERAL):  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Zola F. Carpizo, Declarant