UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DELLA Y. BROOKS, et al.,<br><br>    Defendants. | Case No.  13-cv-00817-JST<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause, and such settlement having been placed on the record, ECF No. 41, and good cause appearing,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before December 17, 2013, for the purpose of proceeding with the litigation in the event a written settlement agreement has not been executed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

The Court will retain jurisdiction to enforce the terms of a written settlement agreement, if one is executed.

**IT IS SO ORDERED.**

Dated:  October 17, 2013

_____
JON S. TIGAR
United States District Judge