UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Plaintiff,

  v.

DELLA Y. BROOKS, et al.,

    Defendants.

Case No. 13-cv-00817-JST

**ORDER APPOINTING COUNSEL**

    The Court received a letter from the mother of Interpleader Defendant and minor child T.J.L. regarding the administration of the settlement in this case. See ECF No. 50. Being in need of counsel to assist T.J.L. in in this matter, and a volunteer attorney being willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Ciarán O'Sullivan, of The Law Office of Ciarán O'Sullivan, 50 California Street, 34th Floor, San Francisco, California is hereby appointed as counsel for T.J.L. in this matter.

    The scope of this referral shall be for:

    ___ all purposes for the duration of the case

    _X_ the limited purpose of representing the litigant in the course of:

        ___ mediation

        ___ early neutral evaluation

        ___ settlement conference

        ___ briefing ___ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

        ___ discovery as follows:

        _X_ other: settlement administration

    Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: May 4, 2016

_____
JON S. TIGAR
United States District Judge