UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DELLA Y. BROOKS, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-00817-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court now sets this case for a Case Management Conference on June 22, 2016 at 2:00 p.m. to address the administration of the settlement in this action, including the issues raised by the letter from Tina Lancaster, ECF No. 50.

Each party must file a separate (not joint) Case Management Statement by June 15, 2016. The statement need only provide a brief chronology of the facts and a statement of the principal factual and legal issues in dispute, if any, as well as the parties' competing proposals for resolving those issues. The parties may, but are not required to, address the other issues set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement.

IT IS SO ORDERED.

Dated: May 4, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge